# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2994 Disciplinary Docket No. 3 |
| | : | |
| GEORGE LOUIS FARMER | : | No. 113 DB 2023 |
| | : | |
| | : | (Supreme Court of Maryland, AG No. 41, |
| | : | September Term, 2021) |
| | : | |
| | : | Attorney Registration No. 77655 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of October, 2023, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, George Louis Farmer is suspended from the practice of law, consistent with the Opinion of the Supreme Court of Maryland filed on July 10, 2023. He shall comply with the provisions of Pa.R.D.E. 217.